# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Winpak LTD. | 2/1/2023 | 267191 | Check | $ 72,108.64 |
| Akorn Operating Company, LLC | Winpak LTD. | 2/13/2023 | 267355 | Check | $ 13,020.08 |
|  |  |  |  |  | $ 85,128.72 |